■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN L. AUCTER, Appellant. [741 NYS2d 479] —Appeal from a judgment of Cayuga County Court (Contiguglia, J.), entered September 27, 2000, convicting defendant upon his plea of guilty of criminal possession of marijuana in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pine, J.P., Hurlbutt, Burns, Gorski and Lawton, JJ.